

November 3, 2017

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      **In Re:  Patricia Waters Campbell**
      **Case No. 16-22905-rdd**

Dear Judge Drain:

    As you are aware, this firm represents Ocwen Loan Servicing LLC, as Secured Creditor, in the above-referenced matter. On or about December 6, 2016, a loss mitigation order was entered by this Court. We would respectfully request that the below serve as a status update on the aforementioned loss mitigation proceeding.

    As of November 3, 2017, Secured Creditor advised that the Debtor had been approved for a streamline modification trial period with payments beginning December 1, 2017 through February 1, 2018 in the amount of $11,681.09. We have promptly advised Debtor's Counsel of the acceptance letter.

    Thank you for your consideration of this matter.  Should you have any questions or if I can be of any further assistance, please feel free to contact me.

                                       Respectfully,

                                       /s/ Miriam J. Rosenblatt
                                       Miriam Rosenblatt Esq.
                                       Robertson, Anschutz & Schneid, PL
                                       mrosenblatt@rasflaw.com

cc:  Rashmi Attri, Esq (Via ECF)